## Claims Invoice

**FirstEnergy**

On Behalf of:
Ohio Edison Co.    The Illuminating Co.
Toledo Edison Co.    Pennsylvania Power Co.
Metropolitan Edison Co.    Pennsylvania Electric Co.
Jersey Central Power & Light    FirstEnergy Services, Inc.
And other affiliates

Claim Number: 99572
Invoice Number: 71631
Invoice Date: 11/17/2008
Due Date: 12/02/2008
Insurance Ref Number:
Accounting: OE01 143699 401011

AKRON THERMAL
226 OPPORTUNITY PARKWAY
AKRON, OH 44307

| Amount Due | Amount Paid |
|---|---|
| $325,220.82 | $ |

**Please return this portion with your payment within 15 days of the invoice date.
Include the Claim Number on your check.**

Claim Number: 99572    Invoice Number: 71631    Tax ID:    Accident Date: 11/13/2007

Make check payable to: OHIO EDISON COMPANY

**Mail to: FIRSTENERGY CLAIMS DEPARTMENT, 76 South Main St., Akron, OH 44308**

Steam from Akron Thermal triggered a short in First Energy's system causing a fire in our manholes involving 2 circuits located near the Canal Park stadium on S. Main St., Akron, Ohio.

Billing Information:

Contact Claims Department with Questions:

| | | | |
|---|---|---|---|
| Ohio Edison | (330) 384-7908 | Metropolitan Edison | (610) 921-6427 |
| Illuminating Co. | (330) 384-5656 | | (610) 921-6634 or |
| Toledo Edison | (330) 384-5656 | Jersey Central | (610) 921-6427 |
| Penn Power | (330)-384-5656 | Penn Electric | (610) 921-6634 |

| | |
|---|---|
| Material and Misc Cost | 129,889.31 |
| Labor Cost | 187,554.33 |
| Equipment Cost | 7,777.18 |
| Excess Height Cost | 0.00 |
| Set and Sell Cost | 0.00 |
| Contractor Cost | 0.00 |
| Sales Tax | 0.00 |
| Total Amount Due | 325,220.82 |

Distribution Month: November 2008
Summary of Account Distribution

| Acctg Company | General Ledger Account | Responsible Cost Center | Cost Center | Internal Order | Work Breakdown Structure | Network | Amount |
|---|---|---|---|---|---|---|---|
| OE01 | 653140 | 401011 | | | OC-900403-REV-DOV-M | | 325,220.82 |

Payment Summary

| Amount Paid |
|---|
| 0.00 |
| Balance Due |
| 325,220.82 |

EXHIBIT
A

FirstEnergy Corp          Printed: 2/17/2009
Claims System
Receivables: Replacement Costs Report

Claim Number: 99572
Invoice Number: 71631
Invoice Approved: 11/17/2008
Principal: AKRON THERMAL

| | |
|---|---:|
| Subtotal Materials | 0.00 |
| Material Handling Expense | 0.00 |
| Contracted Cost | 0.00 |
| Excess Height | 0.00 |
| Meals | 0.00 |
| ☆ Miscellaneous | 129,889.31 |
| Sales Tax | 0.00 |
| Set and Sell | 0.00 |
| **Total Material and Miscellaneous Costs** | **129,889.31** |

| Truck/Equipment Description | Costs |
|---|---:|
| Technical Service Vehicle/Work Truck | 7,777.18 |
| Construction Equipment | 0.00 |
| **Total Transportation and Equipment Costs** | **7,777.18** |

Labor

| Manhours | Time Description | Percentage | Costs |
|---:|---|---:|---:|
| 2552 | Straight Time | 72.81 | 133,951.66 |
| 953 | Time and One Half | 27.19 | 53,602.67 |
| 0 | Double Time | 0.00 | 0.00 |
| 3505 | Total Labor | 100.00 | 187554.33 |

| **Total Replacement Costs** | **325,220.82** |
|---|---:|

☆ Miscellaneous
$44,671.91 outside contractors
$83,768.83 materials + supplies - direct purchase
$2,048.57 employee expenses

Page: 1