B 250B
(8/96)

# United States Bankruptcy Court
## _____Northern_____ District Of _____Ohio_____

In re  Akron Thermal Limited Partnership    ,  )
                                                )
              Debtor                            )  Case No. 07-51884
                                                )
       Ohio Edison Company              ,       )  Chapter 11
                                                )
              Plaintiff                         )
       v.                                       )
                                                )
       Akron Thermal Limited Partnership   ,    )  Adv. Proc. No. 09-5077
                                                )
              Defendant                         )

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk | U.S. Bankruptcy Court<br>John F. Seiberling Federal Building<br>2 S. Main St. #455<br>Akron, OH 44308 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | Marc Merklin<br>Brouse McDowell, LPA<br>388 S. Main Street, Suite 500<br>Akron, OH 44311 |
|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | U.S. Bankruptcy Court<br>John F. Seiberling Federal Building<br>2 S. Main St.<br>Akron, OH 44308 | Room 260 |
|---|---|---|
| | | Date and Time<br>6/23/09 @ 10:30am |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Kenneth J. Hirz
Clerk of the Bankruptcy Court

6/1/09                    By: _____
Date                          Deputy Clerk

# CERTIFICATE OF SERVICE

I, Kerri L. Keller, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made this 4th day of June, 2009 by:

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

> Thomas R. Wolf, Esq.
> Reminger Co., L.P.A.
> 200 Courtyard Square
> 80 S. Summit St.
> Akron, OH 44308

☑ Certified Mail Service, return receipt requested, postage fully pre-paid, addressed to:

| Akron Thermal, Limited Partnership 226 Opportunity Parkway Akron, OH 44307 | Statutory Agent Corporation c/o Librarian 52 E. Gay Street Columbus, OH 43215 |
|---|---|

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____Ohio_____, as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_June 4, 2009_  _Keller_
Date            Signature

| Kerri L. Keller |
| Brouse McDowell, LPA |
| 388 S. Main Street, Suite 500 |
| Akron, Ohio 44311 |